UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN OMAR GARCIA-AGUILERA (A-235-450-965), | No. 1:26-cv-02547-DC-CSK (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS |
| CHRISTOPHER CHESTNUT, Warden of the California City Correctional Facility, et al., | (ECF Nos. 25, 26, 31) |
| Respondents. | |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations, in which they state they object "[f]or the reasons set forth in Respondents' previous briefing." ECF No. 32. Those arguments were already addressed by the magistrate judge, and the court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. However, consistent with

1

this court's previous decisions, the court finds that the appropriate relief in this case is Petitioner's immediate release from custody.  *See Alvarez Maciel v. Noem*, No. 1:26-cv-01318-DC-CKD, 2026 WL 496948 (E.D. Cal. Feb. 23, 2026) (granting injunctive relief of immediate release for noncitizen who was detained by U.S. immigration authorities after living in the United States for over twenty years); *Barajas Ortiz v. Chestnut*, No. 1:26-cv-01167-DC-SCR, 2026 WL 508419 (E.D. Cal. Feb. 24, 2026) (same as to noncitizen who had lived in United States for over 30 years); *Zuniga Cruz v. Noem*, No. 1:26-cv-01818-DC-EFB, 2026 WL 890471 (E.D. Cal. Mar. 31, 2026) (granting motion for temporary restraining order and habeas petition as to the petitioner's Immigration and Nationality Act claim where the petitioner lived in the United States for eight years before his detention).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 31) are ADOPTED IN PART;

2. Respondents' motion to dismiss Respondents Sergio Albarran, Markwayne Mullin, Todd Lyons, and Todd Blanche (ECF No. 26) is GRANTED;

3. The Clerk of the Court is directed to update the docket to reflect that Respondents Sergio Albarran, Markwayne Mullin, Todd Lyons, and Todd Blanche have been dismissed from this action without prejudice, and the Warden of the California City Correctional Center, Christopher Chestnut, is the sole Respondent;

4. The amended petition for writ of habeas corpus (ECF No. 25) is GRANTED;

5. Respondent is ordered to immediately release Petitioner Marvin Omar Garcia-Aguilera (A-235- 450-965);

6. If the government seeks to re-detain Petitioner, they shall provide him with a bond hearing pursuant to 8 C.F.R. 1236.1(c)(8) at which Petitioner shall bear the burden of showing that he is not a flight risk or a risk to community safety;

7. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

8. The Clerk of the Court is directed to serve a copy of this order on the California City

Detention Center;

9. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

Dena Coggins
United States District Judge

3